UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-CV-14422 ROSENBERG/WHITE

SHANNON COPELAND,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.
_____/

## ORDER ON NOTICE OF INQUIRY

**THIS CAUSE** comes before the Court on Petitioner's *pro se* filing dated September 23, 2015 and docketed October 1, 2015 as a "Notice of Inquiry" [DE 51]. Petitioner asks the Court to send her a copy of the entire file for this case. Petitioner asserts she has lost her copies of the documents filed in this case due to several moves, and that without the documents she is unable to understand Magistrate Judge Patrick A. White's recent Report and Recommendation. *See* DE 46. The Court has some discretion to provide court documents in a habeas proceeding:

> If on any application for a writ of habeas corpus *an order has been made permitting the petitioner to prosecute the application in forma pauperis*, the clerk of any court of the United States shall furnish to the petitioner without cost certified copies of such documents or parts of the record on file in his office as may be required by order of the judge before whom the application is pending.

28 U.S.C. § 2250 (emphasis added). Petitioner is not entitled to copies under this section, however, because she is not currently proceeding *in forma pauperis*. Although she at one point applied to do so, her application was denied due to her failure to attach the required documentation, and she subsequently paid the Clerk's filing fee. *See* DE 12-13, 29. The Court notes that Petitioner may obtain copies of documents filed in this case through the online PACER system (www.pacer.gov), by paying any applicable fees.

1

Accordingly, it is **ORDERED AND ADJUDGED** that the request for documents within Petitioner's Notice of Inquiry [DE 51] is **DENIED**.

**DONE AND ORDERED** in Chambers, Fort Pierce, Florida, this 2nd day of October, 2015.

Copies furnished to:  
Counsel of record

ROBIN L. ROSENBERG  
UNITED STATES DISTRICT JUDGE